

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2022

No. 04-21-00469-CR

Ruben **TALAMANTEZ**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 20-05-0135-CRA
Honorable Russell Wilson, Judge Presiding

# O R D E R

The reporter's record in this case was originally due on January 20, 2022. On January 21, 2022, court reporter Liche Cavazos requested an extension until January 28, 2022 to file the reporter's record. The request is GRANTED. The reporter's record filed on January 28, 2022 is deemed timely filed.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2022.

_____
Michael A. Cruz,
Clerk of Court